**U.S. Bankruptcy Court**
**Northern District of Illinois**

In re:

Bankruptcy Case No. **09–04864**
**LAURA M PRADO**

                           Debtor

Adversary Proceeding No. **19–00139**
**LAURA M PRADO**

                           Plaintiff

v.

**BANCO POPULAR**
**AKA POPULAR BANK**

                           Defendant

**SUMMONS IN AN ADVERSARY PROCEEDING**

**To:** BANCO POPULAR

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
|---|
| **Derrick B Hager** |
| **245 W. Roosevelt Rd.** |
| **Building 15, Suite 119** |
| **West Chicago, IL 60185** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
|---|---|
| **Kane Courthouse** | |
| **100 S 3rd Street** | **Status Hearing Date and Time** |
| **Courtroom 240** | **05/03/2019 at 11:00AM** |
| **Geneva IL 60134** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued

03 / 19 / 2019

*Jeffrey P. Allsteadt*

Jeffrey P. Allsteadt, Clerk Of Court

ILNB 2012

**U.S. Bankruptcy Court**
**Northern District of Illinois**

In re:

Bankruptcy Case No. **09–04864**
**LAURA M PRADO**

                                        Debtor

Adversary Proceeding No. **19–00139**
**LAURA M PRADO**

                                        Plaintiff

v.

**BANCO POPULAR**
**AKA POPULAR BANK**

                                        Defendant

**SUMMONS IN AN ADVERSARY PROCEEDING**

**To:** POPULAR BANK

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
| --- |
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
| --- |
| **Derrick B Hager** |
| **245 W. Roosevelt Rd.** |
| **Building 15, Suite 119** |
| **West Chicago, IL 60185** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
| --- | --- |
| **Kane Courthouse** | |
| **100 S 3rd Street** | **Status Hearing Date and Time** |
| **Courtroom 240** | **05/03/2019 at 11:00AM** |
| **Geneva IL 60134** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued

03 / 19 / 2019

*Jeffrey P. Allsteadt*

Jeffrey P. Allsteadt, Clerk Of Court

ILNB 2012